IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division) **CRIMINAL MINUTES**

2011 cr 02100-01-TUC-JGZ(BPV)
2011 cr 50174-TUC-JGZ(BPV)  Date: 12/21/2011
Yr    Case No.   Dft#

 X  Hon. Jennifer G. Zipps

USA v. Jose Merced Aguilar-Martinez aka Jose Aguilar-Martinez

DEFENDANT: X  Present ____ Not Present ____ Released  X Custody ____ Writ

Deputy Clerk: Michael E. Sears          Court Reporter: Aaron LaDuke

U. S. Atty: Erica Seger          Defense Attorney: Myrna Beards (CJA)

Interpreter: Angeles Estrada (Telephonic)

**PROCEEDINGS:**     XX   Open Court  _____ Chambers  _____ Other

**MATTER ON FOR SENTENCING re: [20] in CR 11-02100-TUC-JGZ(BPV) and for Motion Hearing re: [9] Motion to Dismiss Petition to Revoke Supervised Release in CR 11-50174-TUC-JGZ(BPV).**

Counsel address the court.

**IT IS ORDERED** that the Report and Recommendations (doc. 15) in CR 11-50174-TUC-JGZ(BPV) are **Adopted**, and the Motion (Doc. 9) to Dismiss Petition is **DENIED.**

**IT IS FURTHER ORDERED** that his matter is set for an Admit/Deny Hearing and possible Disposition hearing on 1/4/2012 at 9:20 before this court.

**IT IS FURTHER ORDERED** that Sentencing in CR 11-02100-TUC-JGZ(BPV) is continued to 1/4/2012 at 9:20 before this court.

Sentencing Hearing: 5 minutes.
Motion Hearing: 5 minutes.